UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM LITTLETON,                )
                                  )
            Plaintiff,            )     Case No. 1:05-cv-662
                                  )
v.                                )     Honorable Wendell A. Miles
                                  )
KURT JONES et al.,                )
                                  )
            Defendants.           )
_____)

## JUDGMENT

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's action be **DISMISSED** without prejudice for lack of exhaustion of available administrative remedies as required by 42 U.S.C. § 1997e(a).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated: December 8, 2005                    /s/ Wendell A. Miles
                                           Wendell A. Miles
                                           Senior U.S. District Judge